IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:08-CV-173-FDW-DCK

| | |
|---|---|
| SCOTTSDALE INSURANCE,<br><br>    Plaintiff,<br><br>v.<br><br>DENNIS INSURANCE GROUP, INC., et al.,<br><br>    Defendant. | ORDER GRANTING MOTION<br>FOR ADMISSION *PRO HAC VICE* |

**THIS CAUSE** having come before the Court on motion of counsel for Defendant Security Insurance Company of Hartford, The Fire & Casualty Insurance Company of Connecticut, The Connecticut Indemnity Group, Arrowood Indemnity Company and The Artis Group for admission *pro hac vice* of Timothy C. Bass, and it appearing to the Court under Local Rule 83.1(B) that Mr. Bass should be admitted *pro hac vice* as representing Defendant Security Insurance Company of Hartford, The Fire & Casualty Insurance Company of Connecticut, The Connecticut Indemnity Group, Arrowood Indemnity Company and The Artis Group.

**IT IS THEREFORE ORDERED** that the motion is **GRANTED** and that Timothy C. Bass is admitted to practice before this Court *pro hac vice*.

Signed: June 4, 2008

David C. Keesler
United States Magistrate Judge