IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:08-CV-173-DCK

SCOTTSDALE INSURANCE,

    Plaintiff,

v.

DENNIS INSURANCE GROUP, INC., et al.,

    Defendant.

ORDER GRANTING MOTION
FOR ADMISSION *PRO HAC VICE*

**THIS CAUSE** having come before the Court on motion of counsel for Plaintiff Scottsdale Insurance Company for admission *pro hac vice* of Alan B. Yuter, and it appearing to the Court under Local Rule 83.1(B) that Mr. Yuter should be admitted *pro hac vice* as representing Plaintiff Scottsdale Insurance Company.

**IT IS THEREFORE ORDERED** that the motion is **GRANTED** and that Alan B. Yuter is admitted to practice before this Court *pro hac vice*.

Signed: October 10, 2008

David C. Keesler
United States Magistrate Judge